**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Joseph Charles McKnight Jr | BKY. NO. 17-18400 JKF |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Harley-Davidson Credit Corp and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322 FAX (215) 627-7734