UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JOSEPH CHARLES   MC KNIGHT JR

                                         : Bankruptcy No. 17-18400JKF
     Debtor(s)                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: May 30, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

TIMOTHY P WALSH ESQ
111 N OLIVE STREET
MEDIA PA 19063-

JOSEPH CHARLES   MC KNIGHT JR
519 BETHEL AVE
ASTON,PA.19014